# IN THE U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: Shasia Willis        :        BK. No.: 20 – 13521 – amc

:

:

## Entry of Appearance

To the Clerk of Court:

Kindly enter my appearance for Debtor, Shasia Willis in the above – captioned matter.

|  |  |
|---|---|
| Date: January 28, 2021 | Respectfully Submitted: /s/ Demetrius J. Parrish, Jr. Demetrius J. Parrish, Jr., Esquire Attorney for Debtor 7715 Crittenden Street, #360 Philadelphia, Pa. 19118 (215) 735 – 3377/(215) 827 – 5420 fax Email: djpesq@gmail.com |

## Withdrawal of Appearance

To the Clerk of Court:

Kindly withdraw my appearance for Debtor, Shasia Willis in the above- captioned matter.

Respectfully Submitted:

Date: January 28, 2021   , 2021                    /S/  Michael A. Cibik