**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                                        :Chapter 13
**Shasia B. Willis**

(DEBTOR)                                                        :Bankruptcy#20-13521AMC13

## ENTRY OF APPEARANCE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT :

Kindly enter my appearance on behalf of the above-referenced debtor.

Dated: February 1, 2021                    /s/ Demetrius J. Parrish, Jr.
                                           Demetrius J. Parrish, Jr., Esquire
                                           Attorney for Debtor
                                           7715 Crittenden Street, #360
                                           Philadelphia, Pa. 19118

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT :

Kindly withdraw my appearance on behalf of the above-referenced debtor.

Dated: February 1, 2021                    _____/s/_____
                                           Michael A. Cataldo, Esquire
                                           Cibik and Cataldo, P.C.
                                           1500 Walnut Street, Suite 900
                                           Philadelphia, PA 19102
                                           (215) 735-1060