**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE: Shasia Willis                                :         Bk. No.: 20 – 13521 – amc
                                                 :
                                                 :

### CERTIFICATION IN OPPOSITION OF APPLICATION FOR COMPENSATION

I, Shasia Willis, of full age, hereby certify as follows:

1. I am the debtor in the above – referenced Chapter 13.

2. On May 6, 2020, I retained the law firm Cibik & Cataldo to file a Chapter 13 bankruptcy on my behalf.

3. On August 31, 2020, an emergency Chapter 13 Bankruptcy petition was filed to commence this matter.

4. Thereafter, on September 14, 2020, the balance of my schedules and a chapter 13 plan were filed.

5. On October 16, 2020, I attended a meeting of creditors with my attorney held by Zoom Conference.

6. Since that date, my attorney was unresponsive to requests for telephone conversations with me and requests to provide additional information that was needed for me to respond to questions and inquiries at an upcoming hearing.

7. The law firm wanted additional fees from me but was unwilling to explain why the additional funds were required.

8. I have never been provided with an invoice by my former attorneys.

9. I was then forced to find new counsel because in the two weeks with the firm none of my emails or telephone calls were responded to or returned.

10. On February 5, 2021, an Application for Compensation was filed by Cibik and Cataldo, P.C.

11. I was not served with a copy of the Application.

12. I was provided with a copy of the application by new counsel on February 25, 2021.

13. On that date, Cibik and Cataldo, filed a certificated of no response to the Application.

14. For the foregoing reasons, I object to the fee application filed on February 5, 2021.

I certify that the foregoing statements made by me are true to the best of my knowledge. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully Submitted by:

*Shasia B Willis*
Shasia Willis

Date: 2/25/2021