# Welcome SHASIA WILLIS

May 18 2020

Logout

## Taxpayer Information | Account Balance

Name: **SHASIA WILLIS**

Address: **1518 CLEARVIEW ST, PHILA PA 19141-2304**

Account Id: **3009289**

SSN: **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**

### Earnings Tax 197627225

| Payment Type | | Period | Principal | Interest | Penalty | Other | Balance | Payment |
|---|---|---|---|---|---|---|---|---|
| Full | Partial | | | | | | | |
| ☐ | ☒ | 12/31/2016 | $0 | $2.16 | $5.40 | $0 | $7.56 | $7.56 |

### Net Profit Tax 3009289

| Payment Type | | Period | Principal | Interest | Penalty | Other | Balance | Payment |
|---|---|---|---|---|---|---|---|---|
| Full | Partial | | | | | | | |
| ☐ | ☐ | 12/31/2019 | $1,686.00 | $0 | $0 | $0 | $1,686.00 | |

Total Outstanding Balance Due    $1,693.56

Total Amount Selected Due    $7.56

Re: ACTION BY CREDITOR

From: SHASIA WILLIS (guardianangelrip26@yahoo.com)
To: mcataldo@ccpclaw.com
Date: Wednesday, January 13, 2021, 01:30 PM EST

Hi Mr. Cataldo,

I am reaching out to you about my current bankruptcy case with your office. I am very dissatisfied with the representation that I am receiving. You are well aware of a deposition that I have coming up on February 4th. I have requested by email that you contact me about the case because of course I have questions since I have never been through this process before. The last time I heard from you was December 29th saying that you needed more money to defend the case at the deposition. I was left with many questions about what these funds would cover and what type of defense you would be establishing for those additional funds and I have had no opportunity to voice those concerns or ask additional questions or review with you things to be discussed at the deposition. So if I do not pay additional funds then I attend the deposition alone??? Or if you are there will you just not counter or ask any questions and I will have to fin for myself?? I'm not fully understanding the process and I've gotten no explanation from you law office!! This is very unfair treatment. The process started off good with Mr. Cibik and has taken a turn for the worst!!! So in about 3 weeks I need to be fully prepared for this deposition, but I have no support from lawyers whom I hired for that reason, no direction, understanding or ability to ask questions cause I have a hard time contacting you and you refuse to call me. I have been told this entire time to just give these creditors (Swift) the information that they want. I have seen very little push-back on your part to try to limit the information that they have access to (which as a lawyer I know you have the power to do, its done all the time) and I have not seen any counter arguments made as to why they should drop the case or any other remedies presented to address my situation. My whole reason for filling bankruptcy in the first place was to mainly receive protection from this particular creditor. If I am not going to receive any protection from them then I may need to either drop the bankruptcy or find other legal representation that can more appropriately help me through this situation. I am hoping we can discuss this more and come to some type of conclusion that will be beneficial in these proceedings or even contemplate other avenues in which to proceed. Please find the time to call and discuss these issues further with me. Thanks!!

Shasia Willis

← Never received an email or phone response

On Tuesday, December 29, 2020, 07:05:32 PM EST, SHASIA WILLIS <guardianangelrip26@yahoo.com> wrote:

Mr. Cataldo,

Attached is the monthly expense report for November 2020. I will send December 2020 at the beginning of January 2021.

Thanks,
Shasia

On Tuesday, December 29, 2020, 12:37:24 PM EST, Cataldo, Michael <mcataldo@ccpclaw.com> wrote:

Yes. Not in the office today. Give me 3-5 dates around the scheduled date that you are available

Sent from my iPhone

On Dec 29, 2020, at 12:03 PM, SHASIA WILLIS <guardianangelrip26@yahoo.com> wrote:

Michael can we reschedule this deposition somehow?? Please call me ASAP!!

Re: ACTION BY CREDITOR

From: Cataldo, Michael (mcataldo@ccplaw.com)
To: guardianangelrip26@yahoo.com
Date: Tuesday, December 29, 2020, 12:37 PM EST

> Yes, Not in the office today. Give me 3-5 dates around the scheduled date that you are available

Sent from my iPhone

On Dec 29, 2020, at 12:03 PM, SHASIA WILLIS <guardianangelrip26@yahoo.com> wrote:

> Michael can we reschedule this deposition somehow?? Please call me ASAP!!
> Thanks
> Shasia

*(handwritten: Never called)*

On Dec 28, 2020, at 10:22 AM, SHASIA WILLIS <guardianangelrip26@yahoo.com> wrote:

> Gd morning Mr. Cataldo,
>
> Can you please give me a call as soon as you can. Thanks so much!!
>
> Shasia

*(handwritten: Never called)*

On Dec 28, 2020, at 8:38 AM, Cataldo, Michael <mcataldo@ccplaw.com> wrote:

> Good Morning
>
> Please note that they have scheduled your deposition/testimony under oath for January 20, 2021 at 11am by Zoom. Attached is the subpoena with deposition document request. We would need to get these to them by zoom. Please note that none of these related services going forward are covered by our retainer agreement. We will need a retainer and hourly billing. if we are going to represent you further in their investigation and possible adversary action. We have done everything we can to avoid additional fees as long as we could . We would need a retainer of $1,500. The billing rate will be 4350. If they actually file an adversary action we will discuss additional retainer requirements

*(handwritten: asking for more money didn't understand & needed more clarification)*

Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Tel: (215) 735-1060
Fax: (215) 735-6769

Re: Shasia Willis 20-13521AMC

From: Cataldo, Michael (mcataldo@ccpclaw.com)
To: guardianangelrip26@yahoo.com
Date: Friday, November 6, 2020, 11:55 PM EST

Not on until Monday. In Florida now. If I recall you were getting us the requested documents no later then 10/31. I will be in Monday at 9

Sent from my iPhone

On Nov 6, 2020, at 9:48 AM, SHASIA WILLIS <guardianangelrip26@yahoo.com> wrote:

*Never called*

Michael can you please give me a call today?? I've been trying to get in touch with you for a few days. Thanks!!

Shasia Willis

On Oct 23, 2020, at 1:38 AM, SHASIA WILLIS <guardianangelrip26@yahoo.com> wrote:

Hi Michael,

I can definitely have everything to then by October 30th!!

On Oct 22, 2020, at 11:23 PM, Cataldo, Michael <mcataldo@ccpclaw.com> wrote:

What is the status of the documents needed For your own sale respond thoroughly to all of these questions and requests. Otherwise they are certain to file a non- discharge ability complaint

Sent from my iPhone

Begin forwarded message:

From: "Ryan P. Duffy" <RDuffy@capehart.com>
Date: October 22, 2020 at 12:34:19 PM EDT
To: "Prezwodek, Alexa" <prezwodek@ccpclaw.com>
Cc: "Cataldo, Michael" <mcataldo@ccpclaw.com>
Subject: RE: Shasia Willis 20-13521AMC

Mr. Cataldo,

Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Tel: (215) 735-1060
Fax: (215) 735-6769

Ms. Willis,

We have received the attached Motion to Extend Time to file a non-dischargeability complaint and for your 2004 examination (a deposition under oath-along with production of documents. You had promised documents previously . After not produced you again promised them by no later than October 30, 2020  and they were not received. While filed within your bankruptcy case, this expected adversary action is assigned a separate docket number and is a separate, but related matter. As specified in the retainer agreement, we are not counsel in this adversary action unless separately retained. Our hourly rate is $350. These can be expensive to defend and would require a retainer of $4,000. We would bill hourly against the retainer. That is why we had urged you to make it a priority to get the documents as we were trying to avoid this expensive process. Now that iot is an official legal action your answer is due  by November 20, 2020. You are permitted to hire anyone to defend or not defend it. If not defended the debt to Swift that is not repaid within your case survives and passes through the Chapter 13 discharge, if you complete your plan

On Monday, November 9, 2020, 09:12:53 AM EST, Cataldo, Michael <mcataldo@cpclaw.com> wrote:

Shasia

Mr. Cataldo,

I have been trying to get in touch with you since last week about this case because I had some documentation that I wanted to forward to so you could get them to the lawyer. I even sent you an email to please call me with no response!! Can you please give me a call today when you have a moment?? Thanks!

*Never called*

**From:** SHASIA WILLIS <guardianangeltrip26@yahoo.com>
**Sent:** Monday, November 9, 2020 10:19 AM
**To:** Cataldo, Michael <mcataldo@cpclaw.com>
**Subject:** Re: swift financial legal action taken-non dischargeablilty

215-735-1060