From: Shasia Willis willisenterprises41@yahoo.com
Subject: Re: 2004 exam
Date: Dec 30, 2020 at 11:46:57 AM
To: Cataldo, Michael mcataldo@ccpclaw.com

I'm going to try my best. I postponed the deposition cause I don't think I'll be able to get everything by 1/20/20. I still need to talk to you by phone about these fees and other questions I have. Call when you have a moment. Thanks!!

Shasia

*[Handwritten note: Here is another me asking him to call & he never did]*

On Dec 30, 2020, at 10:02 AM, Cataldo, Michael <mcataldo@ccpclaw.com> wrote:

It was rescheduled until February 4, 2021 at 11am. However, we need to get them outstanding documents by 1-20-21

Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Tel: (215) 735-1060
Fax: (215) 735-6769

This message contains information which may be confidential and privileged. If you have received this message in error, please delete it.