**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: SHASIA WILLIS,<br><br>Debtor(s). | Case No. 20-13521AMC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this _____ day of _____, 20_____, upon consideration of the

Application for Compensation, it is

**ORDERED** that compensation of **$6,000.00** is allowed and the balance due to counsel in the

amount of **$4,500.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____

**Date: April 14, 2021**

HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE