## Clarice Arnold

**From:**        Cataldo, Michael <mcataldo@ccpclaw.com>
**Sent:**        Wednesday, September 22, 2021 2:20 PM
**To:**          Timothy McGrath
**Cc:**          Clarice Arnold; Cibik, Michael; Matteis, Nancy
**Subject:**     CIBIK  & CATALDO, PC   AND    CIBIK LAW, PC
**Attachments:** cataldo cases.html

<mark>CAUTION - EXTERNAL:</mark>

In follow up to our conference call ;This is authorizing that all cases on the attached list be reflected  that Mike Cataldo and the Firm Cibik &  Cataldo, PC  has  withdrawn as counsel and Michael A Cibik and the firm Cibik Law , Pc  has entered its appearance as the new counsel of record.  Thank you for your time and help in this regard.

Michael A. Cataldo, Esq.
Cibik Law
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Tel: (215) 735-1060
Fax: (215) 735-6769

This message contains information which may be confidential and privileged. If you have received this message in error, please delete it.

<mark>CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

1

Live Database Area                                                    file:///C:/Users/ClariceArnold/AppData/Local/Microsoft/Windows/INet...

Case 20-13521-amc   Doc 86   Filed 09/22/21   Entered 09/22/21 14:46:31   Desc Main
Document        Page 2 of 10

CM/ECF

- [Bankruptcy](#)
- [Adversary](#)
- [Query](#)
- [Reports](#)
- [Utilities](#)
- [Search](#)
- Help
- [Log Out](#)
-

---

# Select a Case

**There was 1 matching person.**

**There were 190 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| CATALDO2, MICHAEL A. (aty) (190 cases) | 15-18057-elf | David P. Heun and Diane P. Heun | 13 | 11/09/15 | N / A | N / A |
| | 15-18570-elf | William Roland | 13 | 11/30/15 | N / A | N / A |
| | 16-11631-amc | Betty S. Taylor | 13 | 03/10/16 | N / A | N / A |
| | 16-11781-amc | Jerome G Gardiner | 13 | 03/16/16 | N / A | N / A |
| | 16-12730-mdc | Crystal D. Wilson | 13 | 04/18/16 | N / A | N / A |
| | 16-13898-elf | Tara C. O'Hare | 13 | 05/31/16 | N / A | N / A |
| | 16-14023-elf | Lauren Grimes | 13 | 06/06/16 | N / A | N / A |
| | 16-14257-amc | Keith R. Patton and Krista L. Patton | 13 | 06/14/16 | N / A | N / A |
| | 16-14518-elf | Gregory Veksler | 13 | 06/24/16 | N / A | N / A |
| | 16-15201-elf | Pamela A. Howard and James C. Howard, Jr. | 13 | 07/22/16 | N / A | N / A |
| | 16-16174-elf | Alex Yongu and Alex Yongu | 13 | 09/01/16 | N / A | N / A |

Live Database Area                                    file:///C:/Users/ClariceArnold/AppData/Local/Microsoft/Windows/INet...

Case 20-13521-amc    Doc 86    Filed 09/22/21    Entered 09/22/21 14:46:31    Desc Main
Document    Page 3 of 10

| | | | | | |
|---|---|---|---|---|---|
| 16-16452-elf | Komlan Touglo | 13 | 09/13/16 | N / A | N / A |
| 16-16637-elf | Denise G. Prescott | 13 | 09/20/16 | N / A | N / A |
| 16-16661-amc | Timothy Boyle and Heather Boyle | 13 | 09/21/16 | N / A | N / A |
| 16-16733-mdc | Francisco Rosario, Jr. and Siomaira Rosario | 13 | 09/23/16 | N / A | N / A |
| 16-16774-elf | Angela S. McCord | 13 | 09/26/16 | N / A | N / A |
| 16-16863-mdc | Josh A. Davidson and Tina N. Davidson | 13 | 09/28/16 | N / A | N / A |
| 16-17266-elf | Reinaldo DeJesus | 13 | 10/13/16 | N / A | N / A |
| 16-17375-mdc | Kelley A. Williamson | 13 | 10/19/16 | N / A | N / A |
| 16-17752-mdc | Michael A. Anzideo | 13 | 11/03/16 | N / A | N / A |
| 16-17812-amc | James W. Samuel | 13 | 11/07/16 | N / A | N / A |
| 16-17817-mdc | Simona S. Robinson | 13 | 11/07/16 | N / A | N / A |
| 16-17904-mdc | Maria A. Zalewski | 13 | 11/10/16 | N / A | N / A |
| 16-18419-elf | William J. Anello | 13 | 12/06/16 | N / A | N / A |
| 16-18913-mdc | Luz G. Ramos | 13 | 12/30/16 | N / A | N / A |
| 17-10325-elf | LaKeisha N. Gadson | 13 | 01/17/17 | N / A | N / A |
| 17-10327-mdc | Janice K. Goode | 13 | 01/17/17 | N / A | N / A |
| 17-10328-elf | Johnetta C. Pumphrey | 13 | 01/17/17 | N / A | N / A |
| 17-10703-mdc | John Martin, Jr. and Carol D. Martin | 13 | 01/31/17 | N / A | N / A |
| 17-10863-elf | Harold L. Hawkins and Harold L. Hawkins | 13 | 02/07/17 | N / A | N / A |
| 17-11314-mdc | Bernardo Gonzalez | 13 | 02/24/17 | N / A | N / A |
| 17-11353-mdc | Stephen M. Rouleau and Dianne M. Rouleau | 13 | 02/27/17 | N / A | N / A |
| 17-11470-amc | Michael C. Lazenka | 13 | 03/02/17 | N / A | N / A |
| 17-11487-amc | Joanne D. Neil Jackson | 13 | 03/03/17 | N / A | N / A |
| 17-11618-mdc | Nicole V. Godbolt-Greene | 13 | 03/08/17 | N / A | N / A |
| 17-11784-mdc | Jennifer H. Schaeffer | 13 | 03/14/17 | N / A | N / A |
| 17-12835-mdc | Zakiyyah L. Suluki | 13 | 04/24/17 | N / A | N / A |

Live Database Area                                    file:///C:/Users/ClariceArnold/AppData/Local/Microsoft/Windows/INet...

Case 20-13521-amc   Doc 86   Filed 09/22/21   Entered 09/22/21 14:46:31   Desc Main
Document     Page 4 of 10

| | | | | | |
|---|---|---|---|---|---|
| 17-12927-mdc | Kimberly S. Lloyd | 13 | 04/26/17 | N / A | N / A |
| 17-13179-mdc | Christopher R Smialowski and Michelle Smialowski | 13 | 05/03/17 | N / A | N / A |
| 17-13186-mdc | Kellianne Lauer and Kevin M. Lauer | 13 | 05/03/17 | N / A | N / A |
| 17-13280-mdc | Oscar D. Franquie and Monica I. Franquie | 13 | 05/08/17 | N / A | N / A |
| 17-13465-amc | Elizabeth V. Wade | 13 | 05/16/17 | N / A | N / A |
| 17-13955-mdc | Vida Debrah | 13 | 06/06/17 | N / A | N / A |
| 17-13985-elf | Angenette McBryde | 13 | 06/07/17 | N / A | N / A |
| 17-14019-elf | Veronica L. Smoot | 13 | 06/08/17 | N / A | N / A |
| 17-14812-mdc | Randy L. Kopf | 13 | 07/17/17 | N / A | N / A |
| 17-14816-elf | Nichole E. Miller | 13 | 07/17/17 | N / A | N / A |
| 17-15021-mdc | Torre L. Adams | 13 | 07/25/17 | N / A | N / A |
| 17-15164-elf | Emily J. Ransome | 13 | 07/31/17 | N / A | N / A |
| 17-15305-mdc | Jeong Hui Kim and Wan Su Kim | 13 | 08/03/17 | N / A | N / A |
| 17-15382-elf | Gwendolyn A. Parker and Leon L. Parker, Deceased | 13 | 08/08/17 | N / A | N / A |
| 17-15418-mdc | Wilfredo Vargas | 13 | 08/09/17 | N / A | N / A |
| 17-15912-amc | Samuel J. Nicholson | 13 | 08/31/17 | N / A | N / A |
| 17-15964-elf | Demetria S. Wade | 13 | 09/01/17 | N / A | N / A |
| 17-16735-mdc | Marla Winder Burke and Oliver L. Burke | 13 | 10/02/17 | N / A | N / A |
| 17-17167-mdc | Julian O. Garnett and Latrell B. Garnett | 13 | 10/23/17 | N / A | N / A |
| 17-17660-amc | Robert T. Lee and Shannon Lee | 13 | 11/09/17 | N / A | N / A |
| 17-17702-amc | Bernice Rush | 13 | 11/13/17 | N / A | N / A |
| 17-18128-elf | Betzaida Cartagena | 13 | 12/04/17 | N / A | N / A |
| 17-18174-amc | Ida L. Johnson | 13 | 12/05/17 | N / A | N / A |
| 17-18520-elf | Jesse Cohen, Jr. | 13 | 12/20/17 | N / A | N / A |

Live Database Area                                    file:///C:/Users/ClariceArnold/AppData/Local/Microsoft/Windows/INet...

Case 20-13521-amc    Doc 86    Filed 09/22/21    Entered 09/22/21 14:46:31    Desc Main
                    Document        Page 5 of 10

| | | | | | |
|---|---|---|---|---|---|
| [17-18546-elf](#) | Daniel J. Graveley, Sr. and Daniel J. Graveley, Sr. | 13 | 12/21/17 | N / A | N / A |
| [18-10120-elf](#) | Adam L. Williams | 13 | 01/08/18 | N / A | N / A |
| [18-10926-amc](#) | Lorrie-Ann D. Thorne | 13 | 02/09/18 | N / A | N / A |
| [18-11074-mdc](#) | Michael F. Bush and Donna R. Bush | 13 | 02/16/18 | N / A | N / A |
| [18-11085-mdc](#) | Joseph DePaula | 13 | 02/16/18 | N / A | N / A |
| [18-11455-amc](#) | Sheila W. Santos-Silva and Sheila W. Santos-Silva | 13 | 03/02/18 | N / A | N / A |
| [18-11580-elf](#) | Kevin E Butler, Sr. | 13 | 03/08/18 | N / A | N / A |
| [18-11934-elf](#) | Janice E. Sephes | 13 | 03/23/18 | N / A | N / A |
| [18-11941-mdc](#) | Sherita S. Stokes | 13 | 03/23/18 | N / A | N / A |
| [18-12480-amc](#) | Sandra T. Kinsler | 13 | 04/13/18 | N / A | N / A |
| [18-13212-mdc](#) | Marc C. Daly | 13 | 05/14/18 | N / A | N / A |
| [18-13306-elf](#) | Michael Coston | 13 | 05/17/18 | N / A | N / A |
| [18-13392-mdc](#) | Joan J. Alleyne | 13 | 05/22/18 | N / A | N / A |
| [18-13847-mdc](#) | Martin Washington and Patricia Washington | 13 | 06/08/18 | N / A | N / A |
| [18-14066-elf](#) | Sean Crawford and Sean Crawford | 13 | 06/19/18 | N / A | N / A |
| [18-14118-elf](#) | Juan L. Torres | 13 | 06/21/18 | N / A | N / A |
| [18-14826-mdc](#) | Tracean L. Archibald and Leon G. Archibald | 13 | 07/20/18 | N / A | N / A |
| [18-14974-mdc](#) | Bryan McLaughlin | 13 | 07/27/18 | N / A | N / A |
| [18-14980-elf](#) | Dana L. Haynes | 13 | 07/27/18 | N / A | N / A |
| [18-15084-elf](#) | Frank A Belfatto | 13 | 08/01/18 | N / A | N / A |
| [18-15136-mdc](#) | Christine Bentick | 13 | 08/03/18 | N / A | N / A |
| [18-15205-elf](#) | Bernice Love | 13 | 08/06/18 | N / A | N / A |
| [18-15302-mdc](#) | Lauren A. Parker | 13 | 08/09/18 | N / A | N / A |
| [18-15983-mdc](#) | Lorraine Smalley-Small | 13 | 09/10/18 | N / A | N / A |
| [18-16198-elf](#) | Craig M. Phillips | 13 | 09/19/18 | N / A | N / A |
| [18-16262-amc](#) | Lisa A. Rivera | 13 | 09/20/18 | N / A | N / A |

Live Database Area                                       file:///C:/Users/ClariceArnold/AppData/Local/Microsoft/Windows/INet...

Case 20-13521-amc    Doc 86    Filed 09/22/21    Entered 09/22/21 14:46:31    Desc Main
Document     Page 6 of 10

| | | | | | |
|---|---|---|---|---|---|
| 18-16479-mdc | Doris I. Yarbrough | 13 | 09/28/18 | N / A | N / A |
| 18-16712-mdc | Luis F. Melendez | 13 | 10/08/18 | N / A | N / A |
| 18-16820-mdc | Doris L Rivers | 13 | 10/12/18 | N / A | N / A |
| 18-16903-elf | Dora L. Reese | 13 | 10/17/18 | N / A | N / A |
| 18-17279-mdc | Evadney Scoggins | 13 | 11/02/18 | N / A | N / A |
| 18-17363-mdc | Freddrena A. Lowman | 13 | 11/06/18 | N / A | N / A |
| 18-17608-mdc | Michael Melendez and Phyllis Melendez | 13 | 11/15/18 | N / A | N / A |
| 18-17780-elf | Arlene Glover | 13 | 11/27/18 | N / A | N / A |
| 18-18099-elf | Viviana M. Caraballo | 13 | 12/07/18 | N / A | N / A |
| 18-18160-elf | Camilla Brown | 13 | 12/11/18 | N / A | N / A |
| 19-10272-amc | Gerald F. Long | 13 | 01/16/19 | N / A | N / A |
| 19-10282-mdc | Erin M. Kocotis | 13 | 01/16/19 | N / A | N / A |
| 19-10320-mdc | Moussa Sango | 13 | 01/17/19 | N / A | N / A |
| 19-10323-amc | Arcy E. Crute | 13 | 01/17/19 | N / A | N / A |
| 19-10735-amc | Dana K. Davis | 13 | 02/05/19 | N / A | N / A |
| 19-10801-mdc | Summer L. Weeks and Bikim L. Weeks | 13 | 02/07/19 | N / A | N / A |
| 19-10915-amc | Jeffrey T. Esposito and Helen J. Esposito | 13 | 02/14/19 | N / A | N / A |
| 19-10921-elf | Anita B. Brown | 13 | 02/14/19 | N / A | N / A |
| 19-11172-mdc | Martina M. Everette | 13 | 02/26/19 | N / A | N / A |
| 19-11306-mdc | William T. Smith | 13 | 03/04/19 | N / A | N / A |
| 19-11437-mdc | John J. McNish | 13 | 03/07/19 | N / A | N / A |
| 19-11701-mdc | Trina S. Upchurch | 13 | 03/20/19 | N / A | N / A |
| 19-12086-mdc | Katherine Ann Ross and Katherine Ann Ross | 13 | 04/01/19 | N / A | N / A |
| 19-12538-mdc | Larry Sakson | 13 | 04/18/19 | N / A | N / A |
| 19-12933-mdc | Aby P. Mathew | 13 | 05/06/19 | N / A | N / A |
| 19-12998-amc | Dorsey Cromwell | 13 | 05/08/19 | N / A | N / A |
| 19-13130-elf | Joseph A. Finnegan, IV | 13 | 05/14/19 | N / A | N / A |

Live Database Area                                    file:///C:/Users/ClariceArnold/AppData/Local/Microsoft/Windows/INet...

Case 20-13521-amc    Doc 86    Filed 09/22/21    Entered 09/22/21 14:46:31    Desc Main
Document        Page 7 of 10

| | | | | | |
|---|---|---|---|---|---|
| [19-13321-elf](#) | Eladio Diaz | 13 | 05/23/19 | N / A | N / A |
| [19-13434-mdc](#) | Kimberly M. Setlowe | 13 | 05/29/19 | N / A | N / A |
| [19-13826-elf](#) | Karen Mulson | 13 | 06/13/19 | N / A | N / A |
| [19-13838-mdc](#) | Roslyn R. Haines | 13 | 06/14/19 | N / A | N / A |
| [19-13913-mdc](#) | Jay R. Truesdale | 13 | 06/19/19 | N / A | N / A |
| [19-14451-mdc](#) | Mayank Patel and Dhvani Patel | 13 | 07/15/19 | N / A | N / A |
| [19-14592-mdc](#) | Kristy L. King | 13 | 07/22/19 | N / A | N / A |
| [19-14648-amc](#) | Dennis R. Morales and Ericka L Morales | 13 | 07/25/19 | N / A | N / A |
| [19-14674-mdc](#) | Calvin E. Palmer | 13 | 07/26/19 | N / A | N / A |
| [19-14701-mdc](#) | Scott D. Posen | 13 | 07/29/19 | N / A | N / A |
| [19-15031-elf](#) | James L. Broadhurst and Judith M. Broadhurst | 13 | 08/09/19 | N / A | N / A |
| [19-15065-mdc](#) | Stephen Jaffe (DECEASED) and Leslie Jaffe | 13 | 08/12/19 | N / A | N / A |
| [19-15353-mdc](#) | Steven L. Jones | 13 | 08/27/19 | N / A | N / A |
| [19-15426-mdc](#) | Kimberly A. Bryant | 13 | 08/30/19 | N / A | N / A |
| [19-15665-elf](#) | Charlene M. Collins | 13 | 09/11/19 | N / A | N / A |
| [19-15682-elf](#) | Victor L. Kopczynski | 13 | 09/12/19 | N / A | N / A |
| [19-16105-amc](#) | Jenna Shomo | 13 | 09/27/19 | N / A | N / A |
| [19-16254-amc](#) | Henry Bedford | 13 | 10/03/19 | N / A | N / A |
| [19-16617-elf](#) | Susan L. Marsh | 13 | 10/23/19 | N / A | N / A |
| [19-16660-elf](#) | David L. Harvey | 13 | 10/24/19 | N / A | N / A |
| [19-16765-mdc](#) | Claudia A. Nesmith | 13 | 10/30/19 | N / A | N / A |
| [19-16776-amc](#) | Asia M. Keomanivanh | 13 | 10/30/19 | N / A | N / A |
| [19-16921-mdc](#) | Kia R. Holland | 13 | 11/04/19 | N / A | N / A |
| [19-16923-mdc](#) | Donna M. Smith | 13 | 11/04/19 | N / A | N / A |
| [19-16929-mdc](#) | April L. Anderson | 13 | 11/04/19 | N / A | N / A |
| [19-17019-mdc](#) | Shon J. Bersch and Jennifer A. Bersch | 13 | 11/07/19 | N / A | N / A |

Live Database Area                    file:///C:/Users/ClariceArnold/AppData/Local/Microsoft/Windows/INet...

Case 20-13521-amc    Doc 86    Filed 09/22/21    Entered 09/22/21 14:46:31    Desc Main
Document        Page 8 of 10

| | | | | | |
|---|---|---|---|---|---|
| [19-17071-amc](#) | Emil C. Panait | 13 | 11/08/19 | N / A | N / A |
| [19-17136-elf](#) | Tiffany J. Collins | 13 | 11/13/19 | N / A | N / A |
| [19-17263-mdc](#) | Mikole Rivera | 13 | 11/19/19 | N / A | N / A |
| [19-17354-amc](#) | John F. Perkins and Regina Perkins | 13 | 11/22/19 | N / A | N / A |
| [19-17545-elf](#) | Julie Brayer | 13 | 12/03/19 | N / A | N / A |
| [19-17672-amc](#) | Terrance Waller | 13 | 12/09/19 | N / A | N / A |
| [19-17967-amc](#) | Robert William Cohen | 13 | 12/26/19 | N / A | N / A |
| [19-17971-amc](#) | Simona M. Pearson | 13 | 12/26/19 | N / A | N / A |
| [20-10075-elf](#) | Joyce S. Barbour | 13 | 01/06/20 | N / A | N / A |
| [20-10219-elf](#) | Kelly Rooney | 13 | 01/13/20 | N / A | N / A |
| [20-10302-amc](#) | Tricia N. Harris | 13 | 01/16/20 | N / A | N / A |
| [20-10306-amc](#) | David J. Wallace | 13 | 01/16/20 | N / A | N / A |
| [20-10399-mdc](#) | Atwood M. Lewis | 13 | 01/22/20 | N / A | N / A |
| [20-10524-amc](#) | George C. Fox and Lauren K. Fox | 13 | 01/28/20 | N / A | N / A |
| [20-10560-amc](#) | Laura D. Crapps | 13 | 01/29/20 | N / A | N / A |
| [20-10643-mdc](#) | Sharifah R. Patience | 13 | 01/31/20 | N / A | N / A |
| [20-10680-amc](#) | Daphne Anne Tilsner | 7 | 02/03/20 | N / A | N / A |
| [20-10901-amc](#) | Sheronda M. Wheeler and Troy Wheeler | 13 | 02/13/20 | N / A | N / A |
| [20-10955-amc](#) | Diane M. Hart | 13 | 02/17/20 | N / A | N / A |
| [20-11004-mdc](#) | Cheryl E. Brown | 13 | 02/19/20 | N / A | N / A |
| [20-11233-amc](#) | Christopher M. Graney | 13 | 02/28/20 | N / A | N / A |
| [20-11434-elf](#) | Curtis Barker | 13 | 03/05/20 | N / A | N / A |
| [20-11474-mdc](#) | Paula R. Dwojak | 13 | 03/09/20 | N / A | N / A |
| [20-11627-elf](#) | Lisa M. Williams | 13 | 03/16/20 | N / A | N / A |
| [20-11707-elf](#) | Jawad T. Murtaja and Amany J. Murtaja | 13 | 03/19/20 | N / A | N / A |
| [20-11727-mdc](#) | Frank M. Scutti | 13 | 03/20/20 | N / A | N / A |
| [20-11731-mdc](#) | Frederick C. James | 13 | 03/20/20 | N / A | N / A |
| [20-12017-mdc](#) | Roosevelt Crapps, Jr. | 13 | 04/16/20 | N / A | N / A |

Live Database Area                                        file:///C:/Users/ClariceArnold/AppData/Local/Microsoft/Windows/INet...

Case 20-13521-amc   Doc 86   Filed 09/22/21   Entered 09/22/21 14:46:31   Desc Main
Document      Page 9 of 10

| Case | Name | | Date | | |
|---|---|---|---|---|---|
| 20-12587-elf | Melissa M. Meyers | 13 | 06/10/20 | N / A | N / A |
| 20-12617-elf | Monica J. Schwartz | 13 | 06/12/20 | N / A | N / A |
| 20-12638-mdc | Trinh T. Chau | 13 | 06/15/20 | N / A | N / A |
| 20-12704-mdc | Rasul K. Mustapayev | 13 | 06/19/20 | N / A | N / A |
| 20-12727-elf | Charles L. Brown and Tyheise K. Brown | 13 | 06/22/20 | N / A | N / A |
| 20-12969-amc | Garnet V. Irving | 13 | 07/10/20 | N / A | N / A |
| 20-13066-amc | Allan L. Cosby | 13 | 07/21/20 | N / A | N / A |
| 20-13521-amc | Shasia B. Willis | 13 | 08/31/20 | N / A | N / A |
| 20-13974-amc | Colleen I. Robins | 13 | 10/05/20 | N / A | N / A |
| 20-13982-amc | Anthony J. Costanzo and Kimberly A. Katchen-Costanzo | 13 | 10/05/20 | N / A | N / A |
| 20-14011-amc | Raymond R. Williams | 13 | 10/07/20 | N / A | N / A |
| 20-14119-elf | Wendell N. Calloway | 13 | 10/16/20 | N / A | N / A |
| 20-14127-mdc | Robin Parks | 13 | 10/16/20 | N / A | N / A |
| 20-14252-amc | Yesica P. Delvalle | 13 | 10/27/20 | N / A | N / A |
| 20-14416-amc | Troy Thompson | 13 | 11/11/20 | N / A | N / A |
| 20-14443-mdc | Dana M. Wallace | 13 | 11/13/20 | N / A | N / A |
| 20-14623-mdc | Letasha S. Gainey | 13 | 12/02/20 | N / A | N / A |
| 20-14660-mdc | Gwendolyn F. Alexander | 13 | 12/07/20 | N / A | N / A |
| 20-14718-amc | Beverly A. Schaffer | 13 | 12/11/20 | N / A | N / A |
| 20-14817-pmm | Pamela Darlene Johnson | 13 | 12/22/20 | N / A | N / A |
| 21-10004-amc | Dennis E. Nord and Dina Nord | 13 | 01/04/21 | N / A | N / A |
| 21-10206-mdc | Eric K Kowou | 13 | 01/27/21 | N / A | N / A |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/22/2021 14:08:33 | | |
| PACER Login: | michaelcibik | Client Code: |

| **Description:** | Search | **Search Criteria:** | LName: cataldo FName: michael Open Cases: included |
|---|---|---|---|
| **Billable Pages:** | 4 | **Cost:** | 0.40 |